[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 7, 2002
THOMAS K. KAHN
CLERK

No. 01-13151

D.C. Docket No. 99-01332-CV

BRIAN L. GRECH,

Plaintiff-Appellant,

versus

CLAYTON COUNTY, GEORGIA,

Defendant-Appellee.

----------------------------
n Appeal from the United States District Court for the
Northern District of Georgia
----------------------------

(Opinion April 19, 2002, 288 F.3d. 1277, 11th Cir. 2002)

(August 7, 2002)

Before EDMONDSON, Chief Judge, TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges*.

BY THE COURT:

A member of this Court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc.  The previous panel's opinion is hereby VACATED.

_____
*Senior U. S. Circuit Judge Phyllis A. Kravitch may elect to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).